# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF: ) No. B-09-80532  C-13D
Amanda R. Gilmore )
) ORDER
)
Debtor(s) )

      On May 12, 2011, a hearing was held on the Standing Trustee's motion for dismissal of this case because of the Debtor's(s') failure to make payments.  At the hearing, the Standing Trustee stated that the Debtor(s) had made arrangements of the continuation of payments under the plan, with a full monthly payment to be received at the Chapter 13 Office no later than the last day of each month beginning May 31, 2011; therefore, it is

      ORDERED that the Standing Trustee's motion for dismissal is hereby denied without prejudice; and, it is further

      ORDERED that the Debtor(s) shall make all payments due under this plan so that it is received at the Chapter 13 Office no later than the last day of each month beginning May 31, 2011, and continuing monthly thereafter until plan payments have been completed; and, it is further

      ORDERED that in the event the Debtor(s) shall fail to make any payments required under this Order for the next succeeding 12 months from the entry of this Order, the Standing Trustee shall notify this Court and an automatic dismissal shall be entered without further hearing.

**PARTIES IN INTEREST**
**Page 1 of 1**
**09-80532 C-13D**

Amanda R. Gilmore
605 W. Main St., #122
Durham, NC 27701

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702